IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| RALPH SCHIRMER<br><br>                Plaintiff,<br><br>vs.<br><br>PFIZER INC., ET. AL.<br><br>                Defendants. | Civil Action No.:   1:15-cv-0842<br><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(A)(i) and CASE MANAGEMENT ORDER #20 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) and CASE MANAGEMENT ORDER #20**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Case Management Order #20, Plaintiff RALPH SCHIRMER, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against ALL DEFENDANTS.

Date: December 13, 2015          Respectfully submitted,

_____
DAVID P. MATTHEWS
Texas Bar No. 13206200
STEVE FARIES
Texas Bar No.: 24040884
LIZY SANTIAGO
Texas Bar No.: 00796303
RACHAL G. ROJAS
Texas Bar No.: 24063161
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
sfaries@dpmlawfirm.com
lsantiago@dpmlawfirm.com
rrojas@dpmlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2015, the foregoing document was filed with the Clerk via CM/ECF. Notice of this filing will be sent by operation of the Court's electronic filings system to all parties indicated on the electronic filings receipt. Parties may access this filing through the Court's system.

_____
Rachal G. Rojas